AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

MICHAEL GASKILL,

    Plaintiff,     JUDGMENT IN A CIVIL CASE

V.

                                  CASE NUMBER: **3:12-cv-00067-LRH-VPC**

HOWARD STOLNIK, et al.,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice.


  3/2/2012                                                        **LANCE S. WILSON**
                                                                                            Clerk

                                                                                       /s/ P. McDonald
                                                                                        Deputy Clerk